**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                               CASE NO. 5:06cr52/RS
                                           5:08cv195/RS-WCS

JAYCEE WILLIAMS, JR.,

       Defendant.

_____/

## ORDER

    Before me are the Magistrate Judge's Report and Recommendation To Deny

§2255 Motion (Doc. 89) and Defendant's Objections to Report and Recommendation

(Doc. 90).  I have considered Defendant's objections *de novo*.

    **IT IS ORDERED**:

    1.     The Magistrate Judge's Report and Recommendation To Deny §2255

          Motion is approved and is incorporated in this Order.

    2.     Defendant's Motion To Amend (Doc. 82) is denied as untimely.

    3.     Defendant's original §2255 motion (Doc. 69) is denied with prejudice.

    4.     The clerk is directed to close the file.

    **ORDERED** on October 2, 2009.

                    /S/ Richard Smoak_____
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**